# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 14-799 KBM | USA vs. | Armas |
| Date: | 6/19/2014 | Name of Deft: | Gabriel Armas |
| | Before the Honorable | KAREN B. MOLZEN | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:40-9:49 & 10:08-10:25 a.m. | Total Time in Court (for JS10): | 25 minutes |
| Clerk: | E. Romero | Liberty: | Cimarron @ 9:40 & 10:08 a.m. |
| AUSA: | David Adams | Defendant's Counsel: | John Samore |
| Sentencing in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | Carmen Chavez | Sworn? | ☐ Yes   ☐ No |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | ☒ Plea | ☐ Verdict | As to: | ☒ Information | ☐ Indictment |
| If Plea: | ☒ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | | |
| | ☒ Plea Agreement Accepted | | PSR: | ☒ Not Disputed | ☐ Disputed |
| PSR: | ☒ Court Adopts PSR Findings | | Evidentiary Hearing: | ☒ Not Needed | ☐ Needed |

Exceptions to PSR:

### SENTENCE IMPOSED

| Imprisonment (BOP): | |
|---|---|
| Supervised Release: | |
| Probation: | **5 years** |

### SPECIAL CONDITIONS OF SUPERVISION

Defendant must comply with the Mandatory and Standard conditions along with the following special conditions:

- ☒ No contact with victim
- ☒ Risk assessment/evaluation/treatment
- ☒ No firearms
- ☐ DWI School
- ☐ Victim's Impact Panel
- ☐ Maintain employment or educational program
- ☐ Complete 24 hours of community service

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0** | Restitution: $ | **No reported losses at this time** | |
| SPA: $ | 10.00 | Payment Schedule: | ☒ Due Immediately | ☐ Waived |

OTHER:

- ☐ Advised of Right to Appeal    ☒ Waived Appeal Rights per Plea Agreement
- ☐ Held in Custody    ☒ Remain on release
- ☐ Recommended place(s) of incarceration:
- ☐ Dismissed Counts: