IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                          CR NO. 14-00799 KBM

GABRIEL ARMAS,

    Defendant,

## NOTICE OF NON-AVAILABILITY

COMES NOW the counsel for Gabriel Armas to notify the Court and opposing party that he will be out-of-state on family leave and unavailable for hearings and appearances from September 16 to October 10, 2014, but will be in regular contact with his office regarding urgent matters that may be handled by telephone or email, and he respectfully requests that the Court not set any hearings or deadlines during that above time.

                                                                                       Respectfully submitted,

                                                                                      /s/ John F. Moon Samore, Esq.
                                                                                      Attorney at Law
                                                                                      P.O. Box 1993
                                                                                      Albuquerque, NM 87103
                                                                                      (505) 244-0450

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail, facsimile transcription, or hand-delivered to opposing counsel this 2nd day of July 2014.

/s/ John F. Moon Samore, Esq.